BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
LINDSAY BATTLES, SBN 262862
Email: lbattles@mbllegal.com
RODRIGO PADILLA, SBN 339523
rpadilla@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660, Fax: (626) 844-7670

*Attorneys for Plaintiffs* AARON NGUYEN, NGOC LEE THI PHAN, AND HOANG MINH NGUYEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON NGUYEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GARDEN GROVE, et al.<br><br>Defendants. | Case No.: 8:21−cv−01775−JVS (ADSx)<br><br>[Hon. James V. Selna]<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR AFFIRMATIVE PARTIAL SUMMARY ADJUDICATION**<br><br>Hearing Date: 11/20/2023<br>Time: 1:30 p.m.<br>Crtm: 10C |

1  PLEASE TAKE NOTICE that on November 30, 2023 at 1:30 pm., in
2  Courtroom 10C of the above referenced Court, located at 411 West 4th Street, Santa
3  Ana, California 92701, or as soon thereafter as the matter may be heard, Plaintiffs
4  will, and hereby do move, for Partial Summary Adjudication re Liability for
5  Procedural Due Process Claims (False Police Reports) against Defendant Lord.

  The Motion is based on this Notice of Motion and Motion and attached Memorandum of Points and Authorities, the Declaration of Lindsay Battles filed concurrently herewith and Exhibits thereto, the Statement of Uncontroverted Facts filed concurrently herewith, the file and records in this case, and any further argument or evidence the Court deems fit to receive at the hearing on this Motion.

DATED:   September 22, 2023        McLANE, BEDNARSKI & LITT, LLP

                                   By: /s/ *Lindsay Battles*
                                   Barrett S. Litt
                                   Lindsay Battles
                                   Attorneys for Plaintiffs