1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   AARON NGUYEN, NGOC LE THI              CASE NO.: 8:21-cv-01775-JVS (ADSx)
     PHAN, AND HOANG MINH
11   NGUYEN,                                BEFORE THE HON. JAMES V. SELNA
                                            COURTROOM 10C
12                 Plaintiffs,
                                            **JUDGMENT [164]**
13   v.

14   CITY OF GARDEN GROVE, MARK
     LORD, MICHAEL REYNOLDS,
15   SERGEANT MIKE MARTIN, AND
     DOES 1-10, INCLUSIVE,
16
                   Defendants.
17

18

19        On December 11, 2023, Defendant CITY OF GARDEN GROVE's ("City")

20   motion for summary judgment (Dkt. 70) on the *Monell* claim in Count 2 of the Second

21   Amended Complaint, Defendants MARK LORD, MICHAEL REYNOLDS, and

22   SERGEANT MIKE MARTIN's ("Officers") motion for summary judgment (Dkt. 75)

23   on the Fourteenth Amendment Due Process claim and supervisory liability claim in the

24   Second Amended Complaint, and Plaintiffs AARON NGUYEN, NGOC LE THI

25   PHAN, and HOANG MINH NGUYEN's motion for partial summary judgment (Dkt.

26   73) against Defendant Lord came before the Court. After consideration of all arguments

27   and evidence submitted in support of and in opposition to the motions, and all

28   evidentiary objections submitted, the Court entered an Order on December 19, 2023

WOODRUFF & SMART
ATTORNEYS AT LAW
COSTA MESA

(Dkt. 163) GRANTING the City's motion for summary judgment, GRANTING the Officers' motion for summary judgment, and DENYING Plaintiffs' motion for partial summary judgment.

NOW, THEREFOR,

IT IS HEREBY ADJUDGED AND DECREED that Judgment is entered in favor of Defendants CITY OF GARDEN GROVE, MARK LORD, MICHAEL REYNOLDS, and SERGEANT MIKE MARTIN and against Plaintiffs AARON NGUYEN, NGOC LE THI PHAN, and HOANG MINH NGUYEN.  Defendants CITY OF GARDEN GROVE, MARK LORD, MICHAEL REYNOLDS, and SERGEANT MIKE MARTIN shall be entitled to recover costs as permitted by law and according to proof.

Dated: January 03, 2024

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT
JUDGE

1806187.1

WOODRUFF & SMART
ATTORNEYS AT LAW
COSTA MESA